IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DR. MELANIE JONES                                                                 PLAINTIFF

v.                           CASE NO. 4:21-CV-00119-BSM

WELLPATH LLC                                                                      DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE