### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MELANIE JONES**                                                        **PLAINTIFF**

**v.**                          **CASE NO. 4:21-CV-00119-BSM**

**WELLPATH, LLC**                                                        **DEFENDANT**

### ORDER

Wellpath, LLC's motion for attorneys' fees [Doc. No. 68] is denied.  Wellpath's

motion for costs [Doc. No. 70] in the amount of $1,737.09 is granted because it is reasonable.

Wellpath's amended motion for attorneys' fees [Doc. No. 81] is granted in part.  Its request

for $131,630 in fees is denied because it is unreasonable; however, a fee of $65,815 is

reasonable and is hereby awarded.

Melanie Jones is correct that Wellpath's $131,630 fee request is unreasonable.  This

is true because the issues were relatively simple and the case consisted of filing and briefing

two motions to dismiss (one of which was unsuccessful); filing and briefing a motion for

summary judgment; and briefing and arguing the appeal.  Wellpath failed to submit its billing

records for scrutiny, so it is difficult to determined how many of the hours billed were

duplicative or otherwise unreasonable.   Despite all of this, Wellpath is entitled to

reimbursement of its reasonable attorneys' fees.  Fed. R. Civ. P. 54(d)(2); Ark. Code Ann.

§ 16-22-308.  Based on the many similar cases I have presided over during my fifteen years

on the federal bench, and the record herein, it is my best judgment that $65,815 is a

reasonable fee.

IT IS SO ORDERED this 29th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE